IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-0069-D

| | |
|---|---|
| JEAN CLEMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant | |

This matter is before the Court on defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that she does not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision and remands, under sentence four of 42 U.S.C. § 405(g), the case to the Commissioner for further proceedings to allow the defendant to further evaluate the plaintiff's residual functional capacity, mental impairment, and the medical source opinions. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgement pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __8__ day of __December__, 2010.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE