AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| JEAN Q. CLEMONS,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>)   **CASE NO. 4:10-CV-69-D**<br>)<br>)<br>) |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision and remands, under sentence four of 42 U.S.C. § 405(g), the case to the Commissioner for further proceedings to allow the defendant to further evaluate the plaintiff's residual functional capacity, mental impairment, and the medical source opinions. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).


THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 8, 2010** WITH A COPY TO:

Kimberly Blackwell (via CM/ECF Notice of Electronic Filing)

Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| December 8, 2010<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |